UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA A. MATA,<br><br>                Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No.: 1:13-cv-01113 - JLT<br><br>ORDER GRANTING AN EXTENSION OF TIME TO APRIL 17, 2014 FOR PLAINTIFF TO FILE AND SERVE AN OPENING BRIEF<br><br>(Doc. 14) |

On March 12, 2014, the parties stipulated for Plaintiff to have an extension of time of 45 days to file an opening brief. (Doc. 14.) Notably, the Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), which has not been used by the parties. Beyond this thirty-day extension, requests to modify the Scheduling Order "must be made by written motion and will be granted only for good cause." (*Id.*) Here, Plaintiff has not provided any information why it is necessary to have an extension beyond the thirty days permitted by stipulation, and has not demonstrated good cause for a further extension. Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED IN PART**;
2. Plaintiff **SHALL** file an Opening Brief no later than **April 17, 2014**.

IT IS SO ORDERED.

Dated:   **March 14, 2014**                    /s/ Jennifer L. Thurston
                                               UNITED STATES MAGISTRATE JUDGE

1